B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Connecticut

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gherlone, Louis M Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8683** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**535 Highfield Road**<br>**Orange, CT**<br>ZIP Code **06477** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New Haven** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Gherlone, Louis M Jr. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **District of CT** | Case Number: **10-33478** | Date Filed: **11/18/10** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **Gherlone, Linda** | Case Number: **14-31422** | Date Filed: **7/31/14** |
| District: **District of CT** | Relationship: **Wife** | Judge: |

| Exhibit A | Exhibit B (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Alfred J. Zullo**     February 26, 2015<br>Signature of Attorney for Debtor(s)     (Date)<br>**Alfred J. Zullo** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gherlone, Louis M Jr.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Louis M Gherlone, Jr.**
Signature of Debtor  **Louis M Gherlone, Jr.**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**February 26, 2015**
Date

### Signature of Attorney*

**X  /s/ Alfred J. Zullo**
Signature of Attorney for Debtor(s)

**Alfred J. Zullo 419171**
Printed Name of Attorney for Debtor(s)

**Zullo and Jacks, LLC**
Firm Name

**83 Main Street**
**East Haven, CT 06512**

Address

**Email: azullo@zulloandjacks.com**
**203-467-1411  Fax: 203-468-2792**
Telephone Number

**February 26, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Connecticut

In re **Louis M Gherlone, Jr.**  
Debtor(s)

Case No. _____  
Chapter **11**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Louis M Gherlone, Jr.**
                       **Louis M Gherlone, Jr.**

Date:   **February 26, 2015**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re **Louis M Gherlone, Jr.**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **CNA Surety** 333 S. Wabash Ave. 41st Floor Chicago, IL 60604 | **CNA Surety** 333 S. Wabash Ave. 41st Floor Chicago, IL 60604 | **Bond Claims - 4 Jobs** | **Unliquidated** | 3,000,000.00 |
| **CNA Surety** 333 S. Wabash Ave. 41st Floor Chicago, IL 60604 | **CNA Surety** 333 S. Wabash Ave. 41st Floor Chicago, IL 60604 | **Bond Claims** | **Unliquidated** | 387,159.72 |
| **ELAN Financial Services** P.O. Box 6361 Fargo, ND 58125-6361 | **ELAN Financial Services** P.O. Box 6361 Fargo, ND 58125-6361 | **CreditCard** | | 100,000.00 |
| **Equilease** 50 Washington Street 10th Floor South Norwalk, CT 06654 | **Equilease** 50 Washington Street 10th Floor South Norwalk, CT 06654 | **Louis Gherlone Excavating, Inc. - 100% Interest consisting of: 1) New Alliance Bank Account - $0.00 2) Receivables - $60,000.00 3) Equipment - $200** | | 61,773.04 |
| **F&F Concrete Corp.** 110 West Main Street Plantsville, CT 06479 | **F&F Concrete Corp.** 110 West Main Street Plantsville, CT 06479 | **Guarantee** | | 83,632.25 |
| **First Niagara Bank** 195 Church Street New Haven, CT 06502 | **First Niagara Bank** 195 Church Street New Haven, CT 06502 | **535 Highland Drive, Orange, CT** | | 612,887.00 (390,000.00 secured) |
| **Godwin Pumps of America** P.O. Box 191 Bridgeport, NJ 08014 | **Godwin Pumps of America** P.O. Box 191 Bridgeport, NJ 08014 | **Guarantee** | | 85,709.90 |
| **Hanover Insurance Co.** c/o Michelson Kane Royster and Barger 10 Columbus Blvd. Hartford, CT 06106 | **Hanover Insurance Co.** c/o Michelson Kane Royster and Barger Hartford, CT 06106 | **Bond claim - 12/9/2009** | | 140,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Louis M Gherlone, Jr.**                                        Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Internal Revenue Service** P.O. Box 21126 Philadelphia, PA 19114 | **Internal Revenue Service** P.O. Box 21126 Philadelphia, PA 19114 | **Taxes** | **Unliquidated** | 183,769.43 |
| **Jack Farrelly Company** c/o Bonee Weintraub, LLC 29 South Main Street Suite 330N West Hartford, CT 06107 | **Jack Farrelly Company** c/o Bonee Weintraub, LLC 29 South Main Street West Hartford, CT 06107 | **Webster Bank Account (Subject to Farrelly attachment)** | **Disputed** | 218,000.00 |
| **Pullman & Comely** 850 Main Street P.O. Box 7006 Bridgeport, CT 06601 | **Pullman & Comely** 850 Main Street P.O. Box 7006 Bridgeport, CT 06601 | **Legal Fees** | | 169,291.00 |
| **Scasco Energy** 150 Day Street Seymour, CT 06483 | **Scasco Energy** 150 Day Street Seymour, CT 06483 | **Guarantee** | | 64,353.32 |
| **Schnabel Foundation Company** 200 Turnpike Road Southborough, MA 01772 | **Schnabel Foundation Company** 200 Turnpike Road Southborough, MA 01772 | **Guarantee** | | 92,512.75 |
| **Spring Street Recycling, LLC** 5 Spring Street West Haven, CT 06516 | **Spring Street Recycling, LLC** 5 Spring Street West Haven, CT 06516 | **Guarantee** | | 295,839.57 |
| **State of Connecticut Division of Special Revenue** 270 John Downey Drive New Britain, CT 06051 | **State of Connecticut Division of Special Revenue** 270 John Downey Drive New Britain, CT 06051 | **Taxes** | | 83,627.92 |
| **Superior Products Dist.** P.O. Box 57 Milldale, CT 06467 | **Superior Products Dist.** P.O. Box 57 Milldale, CT 06467 | **Guarantee** | | 82,334.54 |
| **Volkswagon Credit Inc** c/o Brice, Vander, Linden and Wernick PC 9441 Lbj Freeway Suite 250 Dallas, TX 75243 | **Volkswagon Credit Inc** c/o Brice, Vander, Linden and Wernick PC 9441 Lbj Freeway Suite 250 Dallas, TX 75243 | **AutoLease** | | 114,000.00 |
| **Wells Fargo Equipment Finance** 1540 West Fountain Head Pkwy. Tempe, AZ 85282 | **Wells Fargo Equipment Finance** 1540 West Fountain Head Pkwy. Tempe, AZ 85282 | **LGE, Inc. Lease Guarantee** | | 109,376.57 |
| **Wells Fargo Equipment Finance** 1540 West Fountain Head Pkwy. Tempe, AZ 85282 | **Wells Fargo Equipment Finance** 1540 West Fountain Head Pkwy. Tempe, AZ 85282 | **Spring Street Recycling, LLC - Lease guarantee - 8/21/06** | | 1,115,703.79 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Louis M Gherlone, Jr.**                                                         Case No.

   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Wells Fargo Equipment Finance**<br>**c/o Nair & Levin, P.C.**<br>**707 Bloomfield Ave.**<br>**Bloomfield, CT 06002** | **Wells Fargo Equipment Finance**<br>**c/o Nair & Levin, P.C.**<br>**707 Bloomfield Ave.**<br>**Bloomfield, CT 06002** | **Louis Gherlone Excavating, Inc. Spring Street Spring Street Recycling** | | 1,115,703.79 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Louis M Gherlone, Jr.**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 26, 2015**             Signature   **/s/ Louis M Gherlone, Jr.**
                                                    **Louis M Gherlone, Jr.**
                                                    Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

American Arbitration Assoc.
950 Warren Ave.
East Providence, RI 02914

American Express
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

American Express
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

American Express
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

American Express
P.O. Box 7871
Fort Lauderdale, FL 33329

American Express
P.O. Box 1270
Newark, NJ 07101-1270

American Express
P.O. Box 297879
Orange, CT 06477-2623

Arcadia Ins
P.O. Box 10159
Albany, NY 12201

Arrow Concrete Products, Inc
560 Salmon Brook Street
Granby, CT 06035

Arthur J Gallaghet & Co of NY
2 Gannett Road
West Harrison, NY 10604

```
Audi Financial Services
P.O. Box 7247-0136
Philadelphia, PA 19170


Beard Concrete Company
P.O. Box 590
Milford, CT 06460


Blum Shapiro & Co. PC
29 South Main Street
West Hartford, CT 06127


Capital One, N.a.
C/O American Infosource
Po Box 54529
Oklahoma City, OK 73154


Chase Platinum Visa
P.O. Box 15919
Wilmington, DE 19850-5919


CIT Technology Fin. Serv.
26000 Cannon Road
Bedford, OH 44146


Citizens Bank
28 State Street
11th Floor
Boston, MA 02109


City of West Haven
Tax Collector
335 Main Street
P.O. Box 401
West Haven, CT 06516


City of West Haven
Tax Collector
355 Main Street
P.O. Box 401
West Haven, CT 06516
```

```
City of West Haven
Tax Collector
335 Main Street
P.O. Box 401
West Haven, CT 06516


City of West Haven
Tax Collector
355 Main Street
West Haven, CT 06516


CNA Surety
333 S. Wabash Ave.
41st Floor
Chicago, IL 60604


CNA Surety
333 S. Wabash Ave.
41st Floor
Chicago, IL 60604


CNA Surety
333 S. Wabash Ave.
41st Floor
Chicago, IL 60604


CNA Surety
333 S. Wabash Ave.
41st Floor
Chicago, IL 60604


CNA Surety
333 S. Wabash Ave.
41st Floor
Chicago, IL 60604


CNA Surety
8137 Innovation Way
Chicago, IL 60682


Colony Hardware Supply Com. In
15 Stiles Street
East Haven, CT 06512
```

```
Comm. of Revenue Services Dept
P.O. Box 5030
Hartford, CT 06102


Cynthia Delchiaro
150 Harbor Street
Branford, CT 06405


Department of Revenue Services
State of Connecticut
P.O. Box 2980
Hartford, CT 06104


Department of Revenue Services
State of Connecticut
P.O. Box 2980
Hartford, CT 06104


Department of the Treasury
Internal Revenue Service
135 High Street
Hartford, CT 06103


ELAN Financial Services
P.O. Box 6361
Fargo, ND 58125-6361


Equilease
50 Washington Street
10th Floor
South Norwalk, CT 06654


F&F Concrete Corp.
110 West Main Street
Plantsville, CT 06479


First Niagara Bank
195 Church Street
New Haven, CT 06502


Ford Credit
Box 220564
Pittsburgh, PA 15267
```

```
Ford Motor Credit Co.
Drawer 55-953
P.O. Box 55000
Detroit, MI 48255


GE Capital
P.O. Box 642333
Pittsburgh, PA 15264


Gemb/sams Club Dc
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076


Genalco Inc.
333 Reservoir Street
Needham Heights, MA 02494


Godwin Pumps of America
P.O. Box 191
Bridgeport, NJ 08014


Hanover Insurance Co.
c/o Michelson Kane Royster
and Barger
10 Columbus Blvd.
Hartford, CT 06106


Hanover Insurance Co.
P.O. Box 8016
Boston, MA 02266


Hitachi Capital America Corp.
21925 Network Place
Chicago, IL 60673


Icon Equipment Dist.
300 Ryders Lane
East Brunswick, NJ 08816


Infiniti Financial Services
POB 371491
Pittsburgh, PA 15250
```

```
Infiniti Financial Services
POB 371491
Pittsburgh, PA 15250


Internal Revenue Service
P.O. Box 57
Bensalem, PA 19020-0057


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


IRS
c/o ACS Support
P.O Box 57
Bensalem, PA 19020-0057


IUOE Local 478
1965 Dixwell Ave.
Hamden, CT 06514


Jack Farrelly Company
c/o Bonee Weintraub, LLC
29 South Main Street
Suite 330N
West Hartford, CT 06107


L. Suzio Asphalt Company, Inc.
975 Westfield Road
Meriden, CT 06450-2553


L.F. Powers Company, Inc.
40 South Fifth Street
Waterbury, CT 06720


Mayo & Crowe, LLC
City Place II
185 Asylum Ave.
Hartford, CT 06103


Michelson, Kane, Royster, &
Barger, P.C.
Hartford Square North
Ten Columbus Blvd.
Hartford, CT 06106
```

Modual Space Corp.
12603 Collection Center Dr.
Chicago, IL 60693


Nair & Levin, P.C.
707 Bloomfield Ave.
Bloomfield, CT 06002


National Business Direct
130 Church Street
New York, NY 10007


Nationwide Security Corp.
47 Montowese Ave.
North Haven, CT 06473


New Alliance Bank
195 Church Street
New Haven, CT 06510


New Alliance Bank
195 Church Street
New Haven, CT 06510


New Alliance Bank
195 Church Street
New Haven, CT 06510


New Alliance Bank
195 Church Street
New Haven, CT 06510


New Alliance Bank
195 Church Street
New Haven, CT 06510


North Atlantic Machinery
P.O. Box 520
Gorham, ME 04038

```
O&G Industries, Inc.
112 Wall Street
Torrington, CT 06790


Philip W. Monagan
61 Holmes Ave.
P.O. Box 1817
Waterbury, CT 06722


Pullman & Comely
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601


Racebrook Country Club
246 Derby Ave.
Orange, CT 06477


Ritch,Grennberg & Hassan P.C.
POB 466
Shelton, CT 06484


RWA
90 Sargent Drive
New Haven, CT 06511


Sam's Club Discover
POB 960016
Orlando, FL 32896


Santa Fleet Services
POB 1141
Bridgeport, CT 06601


Sasso Tile
55 Dogburn Road
West Haven, CT 06516


Scasco Energy
150 Day Street
Seymour, CT 06483
```

```
Schnabel Foundation Company
200 Turnpike Road
Southborough, MA 01772


Sears
POB 182156
Columbus, OH 43218


SNP Tech
1890 Dixwell Ave.
POB 205
Hamden, CT 06514


Solomon, Krupnikoff, & Wyskiel
35 Pleasant Street
P.O. Box 835
Meriden, CT 06450-0835


Spring Street Recycling, LLC
5 Spring Street
West Haven, CT 06516


State of Connecticut
Division of Special Revenue
270 John Downey Drive
New Britain, CT 06051


State of Connecticut
Department of Public Safety
1111 County Club Road
Middletown, CT 06457


Superior Products Dist.
P.O. Box 57
Milldale, CT 06467


Suzio Asphalt
POB 748
Newtown, CT 06470


The General Store Comp.
109 Nicholas Drive
Waterbury, CT 06706
```

```
The Hartford
POB 64273
Saint Paul, MN 55164


The Jack Farrelly Company
97 Old Poquonock Road
Bloomfield, CT 06002


Tri State Tire
136 Dudley Ave.
Wallingford, CT 06492


United Concrete Products
173 Church Street
New Haven, CT 06510


United Rentals
POB 100711
Atlanta, GA 30384


Versa Lok NE
POB 6002
Nashua, NH 03063


Volkswagon Credit Inc
c/o Brice, Vander, Linden and Wernick PC
9441 Lbj Freeway Suite 250
Dallas, TX 75243


Wells Fargo Card Service
P.O. Box 6434
Carol Stream, IL 60197


Wells Fargo Equipment Finance
c/o Nair & Levin, P.C.
707 Bloomfield Ave.
Bloomfield, CT 06002


Wells Fargo Equipment Finance
1540 West Fountain  Head Pkwy.
Tempe, AZ 85282
```

```
Wells Fargo Equipment Finance
1540 West Fountain  Head Pkwy.
Tempe, AZ 85282


Widco
155 Highland Park Drive
Bloomfield, CT 06002


Williams Stone Co. Inc.
1158 Lee Westfield Road
POB 278
East Otis, MA 01029
```